# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 19-16188-MDC

ROBERT CHRISTOPHER SCHELL
DAWN MARIE SCHELL
1113 MARGARET DRIVE

COATESVILLE, PA 19320-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBERT CHRISTOPHER SCHELL
    DAWN MARIE SCHELL
    1113 MARGARET DRIVE

    COATESVILLE, PA 19320-

**Counsel for debtor(s), by electronic notice only.**
    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    126 WEST MINER ST
    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                    /s/ William C. Miller

Date: 1/15/2020

                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee