### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Christopher Schell<br>Dawn Marie Schell<br><u>Debtor(s)</u> | CHAPTER 13 |
| Global Lending Services LLC<br><u>Movant</u><br>vs. | NO. 19-16188 MDC |
| Robert Christopher Schell<br>Dawn Marie Schell<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><u>Trustee</u> | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services LLC, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Nissan Altima, VIN: 1N4AL3AP2HC291240 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 27th day of March, 2020.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Robert Christopher Schell
1113 Margaret Drive
Coatesville, PA 19320

Dawn Marie Schell
1113 Margaret Drive
Coatesville, PA 19320

Stanley E. Luongo, Jr.
Luongo Bellwoar LLP
126 West Miner Street
West Chester, PA 19382

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532