United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Christopher Schell
Dawn Marie Schell
     Debtors

Case No. 19-16188-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Jun 24, 2020
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.
db/jdb      +Robert Christopher Schell,    Dawn Marie Schell,    1113 Margaret Drive,    Coatesville, PA 19320-4722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2020 05:20:53    U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:
        JAMES RANDOLPH WOOD    on behalf of Creditor    West Bradford Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com
        KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
        STANLEY E. LUONGO, JR.    on behalf of Debtor Robert Christopher Schell stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
        STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Dawn Marie Schell stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Christopher Schell<br>Dawn Marie Schell<br>　　　　　　Debtors | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　Movant<br>vs. | NO. 19-16188 MDC |
| Robert Christopher Schell<br>Dawn Marie Schell<br>　　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>　　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage as of June 1, 2020 on the mortgage held by the Movant on the Debtor's residence is **$5,782.38,** which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | April 2020 to June 2020 at $1,724.96/month |
| Suspense Balance: | $423.50 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$5,782.38** |

2. The Debtor(s) shall cure said arrearages in the following manner;

　　a). On or before June 30, 2020, the Debtor shall bring the account current through June 1, 2020 by making a payment in the amount of **$4,751.38.**

　　b). Beginning on July 1, 2020 and continuing through December 1, 2020, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,724.96** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$171.84 from July 2020 to November 2020 and $171.80 for December 2020** towards the arrearages on or before the last day of each month at the address below:

MIDLAND MORTGAGE
999 N.W. GRAND BOULEVARD, SUITE 100
OKLAHOMA CITY, OK 73118-6116

    c).  Maintenance of current monthly mortgage payments to the Movant thereafter.

3.  Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.  In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.  If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.  The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.  The parties agree that a facsimile signature shall be considered an original signature.

Date:  June 4, 2020        By: /s/ Rebecca A. Solarz, Esquire
                    Attorney for Movant

Date: 6/18/20

                   Stanley E. Luongo, Jr.
                   Attorney for Debtors

**/s/ LeeAne O. Huggins  No Objection 6/20/2020**
**William C. Miller, Esquire**
**Office of the Chapter 13 Standing Trustee**

Approved by the Court this 24th day of 2020. However, the Court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Magdeline D. Coleman