United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16188-amc |
| Robert Christopher Schell | Chapter 13 |
| Dawn Marie Schell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Christopher Schell, Dawn Marie Schell, 1113 Margaret Drive, Coatesville, PA 19320-4722 |
| 14398059 | | Dawn M. Schell, 1113 Margaret Drive, Coatesville, PA 19320-4722 |
| 14473183 | + | Global Lending Services LLC, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14421546 | + | MIDFIRST BANK, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14466451 | + | West Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14466450 | + | West Bradford Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14398058 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 22 2024 23:58:45 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 14400085 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2024 23:59:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14418947 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2024 23:59:29 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14413439 | | Email/Text: bankruptcy@glsllc.com | Oct 22 2024 23:48:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14398060 | | Email/Text: bankruptcy@glsllc.com | Oct 22 2024 23:48:00 | Global Lending Services, P.O. Box 935538, Atlanta, GA 31193-5538 |
| 14398061 | ^ | MEBN | Oct 22 2024 23:41:47 | KML Law Group, P.C., 701 Market Street, Suite 5000, BNY Independence Center, Philadelphia, PA 19106-1541 |
| 14434281 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2024 23:59:28 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14429168 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14398062 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 23 2024 00:00:03 | Midland Mortgage, P.O. Box 268888, Oklahoma City, OK 73126-8888 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 17 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

**Name** — **Email Address**

DENISE ELIZABETH CARLON
　　on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
　　on behalf of Creditor West Bradford Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JASON BRETT SCHWARTZ
　　on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
　　on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

STANLEY E. LUONGO, JR.
　　on behalf of Debtor Robert Christopher Schell stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com

STANLEY E. LUONGO, JR.
　　on behalf of Joint Debtor Dawn Marie Schell stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 81 − 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Robert Christopher Schell | ) | Case No. 19−16188−amc |
| | ) | |
| | ) | |
|    Dawn Marie Schell | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 22, 2024                                                                                       For The Court

                                                                                                                                                               Timothy B. McGrath
                                                                                                                                                                Clerk of Court