United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-16188-amc

Robert Christopher Schell Chapter 13

Dawn Marie Schell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2024 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Christopher Schell, Dawn Marie Schell, 1113 Margaret Drive, Coatesville, PA 19320-4722 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 17 2024 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2024 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2024 | Form ID: 138FIN | Total Noticed: 3 |

DENISE ELIZABETH CARLON
   on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
   on behalf of Creditor West Bradford Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JASON BRETT SCHWARTZ
   on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
   on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

STANLEY E. LUONGO, JR.
   on behalf of Debtor Robert Christopher Schell stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com

STANLEY E. LUONGO, JR.
   on behalf of Joint Debtor Dawn Marie Schell stan.luongo@luongobellwoar.com nicole.werner@luongobellwoar.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138FIN* (6/24)−doc 86 − 85

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Robert Christopher Schell<br><br>  Dawn Marie Schell<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−16188−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: December 16, 2024                                           For The Court

                                                                                                    Timothy B. McGrath
                                                                                                    Clerk of Court