**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Robert Christopher Schell |
| Debtor 2 (Spouse, if filing) | Dawn Marie Schell |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvar |
| Case number | 19-16188-mdc |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MIDFIRST BANK

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 6 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 7/1/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 1719.34*

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 767.09     New escrow payment: $ 761.47

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☐ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☐ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  Robert Christopher Schell
         First Name   Middle Name   Last Name

Case number (if known) 19-16188-mdc

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X *Janet M. Spears*
Signature

Date 06/08/2020

Print: Janet M. Spears
       First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
         Number   Street

San Diego        CA    92177
City             State ZIP Code

Contact phone (858) 750-7600

Email jspears@aldridgepite.com

*Please note that pursuant to the attached correspondence, the new payment was effective 1/1/2020. Midfirst Bank recognizes that notice of the new payment amount is untimely under Fed. R. Bankr. P. 3002.1. In the event an overpayment of funds were made as result of the delayed notice, the amount will be applied to the account or returned to the debtor, or trustee if applicable, upon request.

**/// MIDLAND MORTGAGE**
A division of MidFirst Bank

ROBERT SCHELL                                  YOUR LOAN NUMBER: ███
1113 MARGARET DR
COATESVILLE      PA 19320

                                               DATE: 10/31/19


\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS \*\*\*

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   01/20 THROUGH    12/20.
-------- ANTICIPATED PAYMENTS FROM ESCROW -    01/20 THROUGH    12/20 -------
                HAZARD                  898.00
                MIP PREM TO HUD        2990.64
                COUNTY TAX              755.58
                SCHOOL DISTRICT        4493.50

        TOTAL PAYMENTS FROM ESCROW     9137.72

        MONTHLY PAYMENT TO ESCROW       761.47 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    01/20 THROUGH    12/20---------
        -ANTICIPATED PAYMENTS-          -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION      ANTICIPATED        REQUIRED
                    ACTUAL STARTING BALANCE           3339.66         2561.33
JAN 20   761.47      249.22    MIP PREM TO HUD        3851.91         3073.58
FEB 20   761.47      249.22    MIP PREM TO HUD
                     755.58    COUNTY TAX             3608.58         2830.25
MAR 20   761.47      249.22    MIP PREM TO HUD        4120.83         3342.50
APR 20   761.47      249.22    MIP PREM TO HUD        4633.08         3854.75
MAY 20   761.47      249.22    MIP PREM TO HUD        5145.33         4367.00
JUN 20   761.47      249.22    MIP PREM TO HUD        5657.58         4879.25
JUL 20   761.47      249.22    MIP PREM TO HUD        6169.83         5391.50
AUG 20   761.47      249.22    MIP PREM TO HUD
                    4493.50    SCHOOL DISTRICT        2188.58         1410.25
SEP 20   761.47      898.00    HAZARD
                     249.22    MIP PREM TO  ALP       1802.83  RLP    1024.50
OCT 20   761.47      249.22    MIP PREM TO HUD        2315.08         1536.75
NOV 20   761.47      249.22    MIP PREM TO HUD        2827.33         2049.00
DEC 20   761.47      249.22    MIP PREM TO HUD        3339.58         2561.25

-------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS         0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        778.33.


*Midland Mortgage*
PO Box 26648 / Oklahoma City / OK 73126-0648
TEL 800-654-4566  FAX 405-767-5500

*Qualified Written Requests, Notices of Error,*
*Information Requests and Credit Disputes must be sent to:*
PO Box 268959 / Oklahoma City / OK 73126-8959

MYMIDLANDMORTGAGE.COM

**/// MIDLAND MORTGAGE**
A division of MidFirst Bank

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                               957.87
          ESCROW (1/12TH OF ANNUAL ANTICIPATED               761.47
              DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                    0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG             0.00
          PLUS: SHORTAGE PAYMENT                               0.00
          MINUS: SURPLUS CREDIT                                0.00
          ROUNDING ADJUSTMENT                                  0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                   0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 01/01/20     1719.34
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS   1024.50.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      1024.50.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/19         0.00      02/19         0.00       03/19       2301.27  *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/19     249.22 MIP PREM TO HUD       12/19     249.22 MIP PREM TO HUD
00/00       0.00                       00/00       0.00
00/00       0.00                       00/00       0.00
```

**Midland Mortgage**
PO Box 26648 / Oklahoma City / OK 73126-0648
TEL 800-654-4566  FAX 405-767-5500

*Qualified Written Requests, Notices of Error,
Information Requests and Credit Disputes must be sent to:*
PO Box 268959 / Oklahoma City / OK 73126-8959

MYMIDLANDMORTGAGE.COM



```
ROBERT SCHELL                       YOUR LOAN NUMBER: █████████
1113 MARGARET DR
COATESVILLE       PA 19320

                                    DATE: 10/31/19
```

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JAN, 2019 AND ENDING DEC,2019.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

        --- YOUR PAYMENT BREAKDOWN AS OF JAN, 2019 IS ---

            PRINCIPAL & INTEREST            957.87
            ESCROW DEPOSIT                  767.09
            OPTIONAL INSURANCE                0.00
            REPLACE RESV/FHA SVC CHG          0.00
            SHORTAGE                          0.00
            DEFICIENCY                        0.00
            SURPLUS                           0.00
            ROUNDING                          0.00
            LESS BUYDOWN/ASST PAYMENT         0.00
            BORROWER PAYMENT               1724.96

         PAYMENTS TO ESCROW    --- PAYMENTS FROM ESCROW ----    -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL   PRIOR PRJ  ACTUAL  DESCRIPTION   PRIOR PRJ    ACTUAL
                              STARTING BALANCE                    0.00       69.69
JAN 19                                    254.84  MIP PR            T      -185.15
FEB 19                                    254.84  MIP PR
FEB 19                                    755.58  COUNTY                  -1195.57
MAR 19                                    254.84  MIP PR                  -1450.41
APR 19               782.29               254.84  MIP PR                   -922.96
MAY 19               782.29               254.84  MIP PR                   -395.51
JUN 19                                    254.84  MIP PR                   -650.35
JUL 19                                    254.84  MIP PR                   -905.19
AUG 19                                    254.84  MIP PR
AUG 19                                   4493.50  SCHOOL                  -5653.53
SEP 19                                    254.84  MIP PR
SEP 19                                    898.00  HAZARD                  -6806.37 A
OCT 19               767.09               254.84  MIP PR                  -6294.12
NOV 19                                                                    -6294.12
```

Midland Mortgage
PO Box 26648 / Oklahoma City / OK 73126-0648
TEL 800-654-4566  FAX 405-767-5500

Qualified Written Requests, Notices of Error,
Information Requests and Credit Disputes must be sent to:
PO Box 268959 / Oklahoma City / OK 73126-8959

MYMIDLANDMORTGAGE.COM

**MIDLAND MORTGAGE**
*A division of MidFirst Bank*

```
DEC 19                                                              -6294.12
  TOTAL       0.00     2331.67     0.00     8695.48
```

**Midland Mortgage**
PO Box 26648 / Oklahoma City / OK 73126-0648
TEL 800-654-4566  FAX 405-767-5500

**Qualified Written Requests, Notices of Error,**
**Information Requests and Credit Disputes must be sent to:**
PO Box 268959 / Oklahoma City / OK 73126-8959

MYMIDLANDMORTGAGE.COM

**MIDLAND MORTGAGE**
A division of MidFirst Bank

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS         0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS  -6806.37.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00        00/00          0.00        00/00          0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00                                   00/00          0.00
00/00          0.00                                   00/00          0.00
00/00          0.00                                   00/00          0.00

**Midland Mortgage**
PO Box 26648 / Oklahoma City / OK 73126-0648
TEL 800-654-4566  FAX 405-767-5500

*Qualified Written Requests, Notices of Error, Information Requests and Credit Disputes must be sent to:*
PO Box 268959 / Oklahoma City / OK 73126-8959

MYMIDLANDMORTGAGE.COM

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION**

| | |
|---|---|
| In re<br><br>ROBERT CHRISTOPHER SCHELL and DAWN MARIE SCHELL,<br><br>Debtor(s). | Case No. 19-16188-mdc<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Bertha Y. Mora, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.  I am over the age of eighteen years and not a party to this case.

On June 9, 2020, I caused the NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.


/s/Bertha Y. Mora
BERTHA Y. MORA

- 1 -

PROOF OF SERVICE

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Robert Christopher Schell
Dawn Marie Schell
1113 Margaret Drive
Coatesville, PA 19320

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

STANLEY E. LUONGO, JR.

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

William C. Miller, Esq.

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee

- 2 -

PROOF OF SERVICE